HENRY-CLARK HOLDING CORP., Appellant, *v.* JACKLINE REALTY CORP., Respondent.

Argued January 5, 1956; decided February 9, 1956.

*Raphael H. Weissman* and *Charles H. Fier* for appellant.

*Percival E. Jackson, Theodore N. Tarlau* and *Milton Loewe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.